# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF THE STATE OF WEST VIRGINIA

| | |
|---|---|
| IN RE: ) | Case No. 05-22300 |
| ) | |
| **Loretta Faye Hesson,** ) | (Chapter 13) |
| ) | |
| **DEBTOR** ) | |

FILED IN CHARLESTON
U.S. BANKRUPTCY COURT

DEC 10 2007

SOUTHERN DISTRICT
WEST VIRGINIA

### APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

Loretta Faye Hesson (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $5,727.62. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Loretta Faye Hesson

By: _____
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

## CERTIFICATE OF MAILING

I hereby certify that on December 4, 2007, I have mailed a true and correct copy of the foregoing APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ. to:

United States Attorney
Attn: Civil Process Clerk
300 Virginia Street, East
Suite 4000
Charleston, WV 25301

_____

Greg Griffith

# LIMITED POWER OF ATTORNEY
## LIMITED TO ONE TRANSACTION ONLY

Loretta Faye Hesson, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

**Only to recover unclaimed funds arising from the bankruptcy of Loretta Faye Hesson,** that belong to the Principal and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 26 day of November, 2007.

**PRINCIPAL:**

*Loretta Faye Hesson*
Loretta Faye Hesson

**PRINCIPAL'S ADDRESS:**
510 Elizabeth Ave.
South Charleston, WV 25303
(304) 768-4817

## ACKNOWLEDGMENT

STATE OF West Virginia

COUNTY OF Kanawha

Before me a Notary Public, in and for said County and State on this 26th day of November, 200_, personally appeared Loretta Faye Hesson, personally known to me to be the identical person who executed the within and foregoing instrument, and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:

*Rita Morris Hutson*
Notary Public

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
RITA MORRIS HUTSON
112 RIVERVIEW DRIVE
TORNADO, WV 25202
My commission expires March 1, 2013



Case 2:05-bk-22300    Doc 42    Filed 12/10/07    Entered 12/10/07 13:30:57    Desc Main
Document    Page 4 of 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:
LORETTA FAYE HESSON

Debtor.

FILED IN CHARLESTON
U.S. BANKRUPTCY COURT
OCT 24 2007
SOUTHERN DISTRICT
WEST VIRGINIA

CASE NO. 05-22300
CHAPTER 13

## TRANSMITTAL OF UNCLAIMED FUNDS

Helen M. Morris, Chapter 13 Trustee, reports the following:

(1) Checks listed below were mailed to creditors and returned to this office marked insufficient address and/or forwarding order expired or cancelled automatically 90 days after final distribution. The check numbers, the names of the persons to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

Check No. 702294; $5,727.62
LORETTA FAYE HESSON
612 EAST AVENUE
SOUTH CHARLESTON, WV 25309
Debtor Refund

(2) Your Trustee's check for $5,727.62 payable to the Clerk of the Court is attached to this report and list. This check reflects an increase due to additional funds available at the time of closing the case.

(3) Nothing further remains to be done in this case.

Dated: September 25, 2007

*/s/ Helen M. Morris*
Helen M. Morris
Chapter 13 Trustee
PO Box 8535
South Charleston, WV 25303