UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re

LORETTA FAYE HESSON,

    Debtor(s).

Case No. 05-22300
Chapter 13
Adjustment of Debts

### ORDER DENYING APPLICATION WITHOUT PREJUDICE

At Charleston, on the 30th day of January, 2008.

Appearances:    Helen M. Morris, Trustee
Mitchell Lee Klein, Debtor's Counsel
Arthur Standish, Counsel for American Property Locators, Inc.
Loretta Faye Hesson, Debtor

On this day came the parties for a hearing on an Application by American Property Locators, Inc. for an Order Directing Payment of Unclaimed Funds Due to Loretta Faye Hesson Pursuant to 11 U.S.C. § 347 and 28 U.S.C § 2041 et seq filed on December 10, 2007 in the above-styled case. Upon discussion and review, the Court determined that the application should be denied. The debtor was present and was not advised by American Property Locators, Inc. of the entitlement she had to the funds in question and is capable of asking for the funds in her own right. The Court orders a transcript of the hearing. Accordingly, it is

ORDERED that the Application of American Property Locators, Inc. for an Order Directing Payment of Unclaimed Funds Due to Loretta Faye Hesson Pursuant to 11 U.S.C. § 347 and 28 U.S.C § 2041 et seq is denied.

ENTERED: **FEB 19 2008**

_____
RONALD G. PEARSON, JUDGE

mfj

